COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT DESIGNATED FOR PUBLICATION

Gregory Cook
Attorney at Law
1746 Wooddale Blvd
Baton Rouge LA 70806

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 17, 2026

**REHEARING ACTION: June 17, 2026**

**Docket Number: 26   00264-KW**

**STATE OF LOUISIANA
VERSUS
LEE GALLOW**

**Writ Application from Evangeline Parish Case No. 155643-F**

**BEFORE JUDGES:**

   **Hon. Shannon J. Gremillion
   Hon. Sharon Darville Wilson
   Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Lee Gallow** is:

> **REHEARING DENIED.** Uniform Rules—Courts of Appeal, Rule 2–18.7(1) provides that an application for rehearing will be considered in cases where the court has granted a writ application on the merits. In its original writ ruling herein, this court denied Defendant's writ application. Accordingly, the proper remedy to challenge this court's ruling on the writ is a timely application for writs to the Louisiana Supreme Court.

cc: Hon. Trent Brignac, Counsel for  the Respondent
    Jacob B. Fusilier, Counsel for  the Respondent